## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GWYNNE A. WILCOX, *Plaintiff*, v. DONALD J. TRUMP, and MARVIN E. KAPLAN, *Defendant*. | Case No. 25-334-BAH<br><br>MOTION TO ADMIT JENNIFER D. BENNETT PRO HAC VICE |

## PLAINTIFF'S MOTION FOR *PRO HAC VICE* ADMISSION OF JENNIFER D. BENNETT

Deepak Gupta of Gupta Wessler LLP, a member in good standing in the bar of this Court, respectfully moves for the admission *pro hac vice* of Jennifer D. Bennett for the limited purpose of entering an appearance on behalf of Plaintiff in the above-captioned case. In support of this motion, undersigned counsel states as follows:

1. I am a member in good standing of the bar of this Court, and have entered my appearance in the above-captioned matter.

2. I move for admission *pro hac vice* of Jennifer D. Bennett of the law firm of Gupta Wessler LLP to appear before this Court as co-counsel of record, and to participate in all proceedings.

3. As evidenced by the attached affidavit, Ms. Bennett is a member in good standing of the bar of California, as well as others listed in the supporting papers; there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; no discipline has previously been imposed on her in any jurisdiction; and she is familiar with the local rules of this Court.

For the foregoing reasons, undersigned counsel respectfully requests that this Court grant leave for Jennifer D. Bennett to appear before the Court in this matter *pro hac vice*.

Respectfully submitted,

Date: February 7, 2025

*/s/ Deepak Gupta*

Deepak Gupta (Bar #495451)
Gupta Wessler LLP
2001 K Street, NW
(202) 888-1741
*deepak@guptawessler.com*

*Counsel for Plaintiff Gwynne A. Wilcox*