## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GWYNNE A. WILCOX,
   *Plaintiff*,

 v.

DONALD J. TRUMP, and
MARVIN E. KAPLAN
   *Defendants*.

Case No. 25-334-BAH

[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF JENNIFER D. BENNETT *PRO HAC VICE*

  This matter having come before the Court on a motion of Deepak Gupta, local counsel for Plaintiff, for the admission of Jennifer D. Bennett *pro hac vice* as co-counsel for Plaintiff, and the Court having considered the arguments and papers submitted herein, and for good cause shown:

  IT IS SO ORDERED on this ___ day of _____, 2025, as follows:

  1. Plaintiff's Motion for Admission of Jennifer D. Bennett *Pro Hac Vice* is GRANTED.

  2. In accordance with Local Civil Rule 83.2(e), counsel admitted *pro hac vice* shall make a payment of $100.00 to the Clerk of the United States District Court.

              BY THE COURT:

Date: February ____, 2025      _____
                    United States District Judge