IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GWYNNE A. WILCOX,<br>　　　　　　*Plaintiff*,<br><br>　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>　　and<br><br>MARVIN E. KAPLAN, in his official capacity as Chairman of the National Labor Relations Board,<br><br>　　　　　　*Defendants*. | Case No. 1:25-cv-00334-BAH |

## [PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Upon consideration of plaintiff's motion for summary judgment, and the entire record in this case, the Court finds there are no issues of material facts and the plaintiff is entitled to judgment as a matter of law. Therefore, it is hereby:

ORDERED on this ___ day of _____, 2025, that the plaintiff's motion for summary judgment is GRANTED. It is DECLARED that Ms. Wilcox was unlawfully removed as a member of the National Labor Relations Board, in violation of the National Labor Relations Act, 29 U.S.C. § 153(a). Marvin E. Kaplan, as well as his subordinates, agents, employees, and all other persons who are in active concert or participation with them, are hereby ORDERED and ENJOINED to permit Ms. Wilcox to serve as a duly appointed and confirmed member of the Board, including by providing her with access to government facilities and equipment, and to refrain from taking any further action to obstruct Ms. Wilcox's ability to carry out her duties.

BY THE COURT:

Date: February \_\_\_\_, 2025

_____
United States District Judge