UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Gwynne A. Wilcox*

        *Plaintiff*

        vs.        Case No: 1:25-cv-00334-BAH

*Donald J. Trump, in his official capacity as President of the United States, et al.*

        *Defendant(s)*

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Plaintiff's Motion for Expedited Summary Judgment, Plaintiff's Statement of Material Facts as to Which There is No Genuine Issue, Memorandum in Support of Plaintiff's Motion for Expedited Summary Judgment, Declaration of Gwynne A. Wilcox with Exhibit A, Proposed Order Granting Motion for Summary Judgment, and Complaint for Declaratory and Injunctive Relief with Exhibit in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 2/11/2025 at 11:34 AM, I served United States Attorney c/o Civil Process Clerk at 601 D Street, NW, Washington, DC 20530 with the Summons, Plaintiff's Motion for Expedited Summary Judgment, Plaintiff's Statement of Material Facts as to Which There is No Genuine Issue, Memorandum in Support of Plaintiff's Motion for Expedited Summary Judgment, Declaration of Gwynne A. Wilcox with Exhibit A, Proposed Order Granting Motion for Summary Judgment, and Complaint for Declaratory and Injunctive Relief with Exhibit by serving Elena Haramalis, Paralegal Specialist, authorized to accept service.

Elena Haramalis, Paralegal is described herein as:

Gender: Female    Race/Skin: White    Age: 34    Weight: 135    Height: 5'5"    Hair: Brown

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 02/11/2025

*Ambiko Wallace*

*Client Ref Number:*
*Job #:12681508*

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050