CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Gwynne A. Wilcox
_____
Plaintiff(s)

Civil Action No. 25-334-BAH

vs.

Donald J. Trump and Marvin E. Kaplan
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, Abigail Blaire Palmer, hereby state that:

On the 11 day of February, 2025, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

I have received the receipt for the certified mail, No. 9589071052701513761737 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 20 day of February, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

02/20/2025
(Date)

_A. Blaire Palmer_
(Signature)