IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GWYNNE A. WILCOX,<br><br>        *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>   and<br><br>MARVIN E. KAPLAN, in his official capacity as Chairman of the National Labor Relations Board,<br><br>        *Defendants*. | Civil Action No. 1:25-cv-00334-BAH |

## [PROPOSED] ORDER GRANTING DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

This case comes before the Court upon Defendants' Cross-Motion for Summary Judgment. Upon consideration of the Defendants' motion, their supporting memorandum and reply, the Plaintiffs' response to the motion, and any argument held thereon, it is hereby **ORDERED** that: Defendants' Cross-Motion for Summary Judgment is **GRANTED** and Plaintiff's Motion for Summary Judgment is **DENIED**. It is therefore **FURTHER ORDERED** that summary judgment is entered in favor of Defendants.

Done and ordered in Washington, District of Columbia, this _____ day of _____, 2025.

                _____
                HON. BERYL A. HOWELL
                UNITED STATES DISTRICT JUDGE