IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GWYNNE A. WILCOX,<br><br>      *Plaintiff*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>   and<br><br>MARVIN E. KAPLAN, in his official capacity as Chairman of the National Labor Relations Board,<br><br>      *Defendants*. | Civil Action No. 1:25-cv-00334-BAH |

## **DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Local Rule 7(h), Defendants hereby submit this Statement of Material Facts Not in Dispute in response to Plaintiff's Statement of Material Facts and in conjunction with their cross-motion for summary judgment:

1. Defendants do not dispute that Plaintiff was confirmed as a Member of the National Labor Relations Board on July 28, 2021.

2. Defendants do not dispute that Plaintiff was confirmed to a second term as a Member of the National Labor Relations Board on September 6, 2023.

3. Defendants do not dispute that, on January 27, 2025, the Deputy Director of the White House Presidential Personnel Office emailed Plaintiff informing her that she was removed as a Member of the Board.

4. Defendants dispute Plaintiff's characterization of the email. The letter states that the President believes that Plaintiff "ha[s] not, in my judgment, been operating in a manner consistent with the objectives of my administration. In my judgment, [Plaintiff has] adopted a host of decisions

that have improperly cabined employers' rights to speak on the subject of unionization, raising serious First Amendment concerns about the censorship of important speech. Several such decisions were issued on the eve of the new Administration. [Plaintiff has] also issued decisions that, in my judgment, have vastly exceeded the bounds of the National Labor Relations Act." The letter then states that, "[v]iewing [Plaintiff's] record collectively, I lack confidence that [Plaintiff] can fairly evaluate matters before [her] without unduly disfavoring the interests of employers large and small. The country is eager to get to work, revitalize our economy, and operate under clear, predictable rules that are fair to employers, unions, and employees alike. I lack confidence that [Plaintiff] will faithfully execute those objectives." Compl. Ex. A, ECF No. 1-1.

5. Defendants do not dispute that Plaintiff was informed of her removal without advance notice or a hearing.

6. Defendants do not dispute that the email informing Plaintiff of her removal contains these statements.

Dated: February 21, 2025

Respectfully submitted,

BRETT A. SHUMATE
*Principal Deputy Assistant Attorney General*

CHRISTOPHER R. HALL
*Assistant Branch Director*

*/s/ Madeline M. McMahon*
MADELINE M. MCMAHON
(DC Bar No. 1720813)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 451-7722
Email: madeline.m.mcmahon@usdoj.gov

*Counsel for Defendants*