# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20006

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| $ | $0.50 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $3.43

Total Postage and Fees $8.28

Postmark Here
FEB 11 2025
02/11/2025

Sent To: Donald J. Trump
Street and Apt. No., or PO Box No.: 1600 Pennsylvania Ave. NW
City, State, ZIP+4®: Washington DC 20500

PS Form 3800, January 2023 PSN 7530-02-000-9047