IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GWYNNE A. WILCOX,

        *Plaintiff*,

v.

DONALD J. TRUMP and
MARVIN KAPLAN

        *Defendants*.

Civil Action No. 1:25-cv-00334-BAH

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Madeline M. McMahon and enter the appearance of Alexander W. Resar as counsel for Defendants in this matter. Mr. Resar hereby certifies pursuant to Local Civil Rule 83.2(f) that he is personally familiar with the Local Rules of this Court.

Dated: March 2, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

/s/ *Alexander W. Resar*
ALEXANDER W. RESAR
(NY Bar No. 5636337)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 616-8188
Email: alexander.w.resar@usdoj.gov

*Counsel for Defendants*